# United States Court of Appeals
## For the First Circuit

No. 23-1855

UNITED STATES,

Appellee,

v.

NATHAN REARDON,

Defendant - Appellant.

**NOTICE**

Issued: July 31, 2024

      This is to advise you, pursuant to Fed. R. App. P. 34(b), that this case will be submitted on the briefs without oral argument.

                                      Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Daniel Toomey, Calendar Clerk (617)748-9982


cc:
Benjamin M. Block
Joel B. Casey
Andrew Kenney Lizotte
Nathan Reardon
Chris Ruge
Matthew Kyle Winchester